662

195 So. 910

### R. B. MERRYMAN v. CITY OF TUSCALOOSA.

6 Div. 690.

Court of Appeals of Alabama.

April 18, 1940.

PER·CURIAM.

Appeal dismissed for want of prosecution.

198 So. 877

### R. B. MERRYMAN v. STATE.

6 Div. 668.

Court of Appeals of Alabama.

Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

199 So. 912

### R. B. MERRYMAN v. STATE.

6 Div. 563.

Court of Appeals of Alabama.

Nov. 6, 1940.

Edw. DeGraffenried, of Tuscaloosa, for appellant.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

199 So. 913

### R. B. MERRYMAN v. STATE.

6 Div. 565.

Court of Appeals of Alabama.

Nov. 12, 1940.

DeGraffenried & McDuffie, of Tuscaloosa, for appellant.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

199 So. 913

### R. B. MERRYMAN v. STATE.

6 Div. 667.

Court of Appeals of Alabama.

Nov. 12, 1940.

DeGraffenried & McDuffie, of Tuscaloosa, for appellant.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

199 So. 913

### Ex parte John Jolley MIKELL.

4 Div. 645.

Court of Appeals of Alabama.

Nov. 19, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

J. A. Carnley, of Elba, for petitioner and cross-appellant.

BRICKEN, Presiding Judge.
Appeal dismissed.